# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ALAN DUELL,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security Administration,<br><br>　　　　　　　　　　　Respondent. | Case No.: 3:24-cv-0884-WQH-MMP<br><br>**ORDER** |

HAYES, Judge:

　　On May 16, 2024, Petitioner Todd Alan Duell ("Petitioner"), proceeding pro se, filed a Petition of Writ of Mandamus ("Petition") against Respondent Martin O'Malley, Commissioner of Social Security Administration. (ECF No. 1.) The same day, Petitioner filed an Application to Proceed In Forma Pauperis. (ECF No. 2.)

　　On July 2, 2024, Judge Pettit issued a Report and Recommendation with respect to the Application to Proceed In Forma Pauperis, recommending the Court deny Petitioner's Application to Proceed In Forma Pauperis. (ECF No. 3.)

　　On July 15, 2024, Petitioner filed an Affidavit in Support of In Forma Pauperis, which the Court liberally construed as an Objection to the Report and Recommendation. (ECF No. 4.)

On September 17, 2024, the Court issued an Order (the "September 17th Order") adopting the Report and Recommendation (ECF No. 3) in its entirety and overruling Petitioner's Objection (ECF No. 4). (ECF No. 5 at 3.) The Court denied Petitioner's Application to Proceed In Forma Pauperis (ECF No. 2) without prejudice and dismissed the Petition (ECF No. 1) without prejudice for failure to prepay the filing fee mandated by 28 U.S.C. § 1914(a). (ECF No. 5 at 3.) The Court granted Petitioner:

> forty-five (45) days from the date this Order is entered to either (1) pay the requisite filing fees or (2) file a new application to proceed in forma pauperis providing full and accurate information regarding his finances. If Petitioner fails to pay the filing fee or file a new application to proceed in forma pauperis, the Court will direct the Clerk of the Court to close this case.

*Id.* The docket reflects that Petitioner has not filed any document or otherwise complied with the September 17th Order.

IT IS HEREBY ORDERED that, because the Court previously dismissed Petitioner's Petition without prejudice, and Petitioner has not complied with the September 17th Order, the Clerk of the Court shall close this case.

Dated: November 21, 2024

Hon. William Q. Hayes
United States District Court